IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-269-08 |
| FERMIN PEREZ MEJIA<br>a/k/a "Pena" | : | |

## ORDER

AND NOW, this **13th** day of **October**, 2022, upon consideration of the government's Motion to Dismiss the Indictment as to defendant Fermin Perez Mejia in the above captioned case, it is hereby:

## ORDERED

that the Motion is **GRANTED** and the above indictment is **DISMISSED** as to defendant number 8, Fermin Perez Mejia only.

BY THE COURT:

/s/ Mitchell S. Goldberg
HONORABLE MITCHELL S. GOLDBERG
*Judge, United States District Court*